**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDITH MATTHEWS, | Case No.: 2:24-cv-01930-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY and KRISTINE MANZANO, | |
| Defendants | |

In light of plaintiff Judith Matthews' notice of voluntary dismissal (ECF No. 10) and pursuant to Federal Rule of Civil Procedure 41(a)(2),

I ORDER that plaintiff Judith Matthews' claims against defendant Kristine Manzano are dismissed without prejudice.

DATED this 4th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE