**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH MATTHEWS, an individual,<br><br>                     Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                     Defendants. | Case No:        2:24-cv-01930-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JUDITH MATTHEWS, by and through her attorney of record, Marcus A. Berg Esq. of Moss Berg Injury Lawyers, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through its

///
///
///
///
///
///
///
///
///
///
///

1

attorney William H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED: July 16, 2025                            DATED: July 9, 2025

**MOSS BERG INJURY LAWYERS**            **BARRON & PRUITT, LLP**

By: _/s/ Marcus A. Berg_____            By: __/s/ William H. Pruitt____
    MARCUS A. BERG, ESQ.                      WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 9760                       Nevada Bar No. 6783
    JOHN C. FUNK, ESQ.                        3890 West Ann Road
    Nevada Bar No. 9255                       North Las Vegas, Nevada 89031
    5420 West Sahara Ave., Suite 101          *Attorneys for Defendant*
    Las Vegas, Nevada 89146
    *Attorneys for Plaintiff*

    **IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 17, 2025

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950